Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Eric Yau, HI SBN 10087
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
300 Ala Moana Boulevard, Room 4-257
Honolulu, HI 96850
Telephone: (808) 541-3133
Facsimile: (808) 541-3390
E-mail: eric.yau@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>PACIFIC FUN ENTERPRISES LLC d/b/a SNAPPERS SPORTS BAR AND GRILL, d/b/a SNAP-ETTE BEACH AND LIQUOR STORE, and Does 1-5 Inclusive,<br>　　　　　Defendants. | Case No.: CV-17-00482-ACK-KSC<br><br>**PLAINTIFF EEOC'S MOTION FOR DEFAULT JUDGMENT**<br><br>The Honorable Kevin S. Chang<br>United States Magistrate Judge<br><br>Date/Place of Hearing: TBD |

Plaintiff United States Equal Employment Opportunity Commission ("Commission" or "EEOC") seeks default judgment against Defendant Pacific Fun Enterprises LLC dba Snappers Sports Bar and Grill, dba Snap-ette Beach and Liquor Store ("Snappers") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and in accordance with this Court's approved entry of default in favor of the EEOC after Snappers' failure to answer EEOC's Complaint.

EEOC respectfully requests the Court grant its default judgment against Snappers and award a sum of $251,652 as prejudice will result without a default judgment ruling. Specifically, no dispute of material facts exists, Snappers' failure to answer is not due to excusable neglect, EEOC's Complaint sufficiently alleged and pled facts evidencing its claim for sexual harassment, retaliation and/or constructive discharge and all these claims have merit. Finally, Snappers' own failure to answer prevents an adjudication on the merits and the Court should not reward such behavior by denying the motion for default judgment.

Given that the Claimants experienced loss of employment and substantial emotional distress because of the sexual harassment, retaliation and/or constructive discharge they experienced, and Defendant engaged in intentional retaliation and recklessly disregarded female employees' right to work in an environment free of sexual harassment, an award of $251,652 is warranted for compensatory damages, punitive damages, and back pay damages.

                                          Respectfully submitted,
                                          U.S. EQUAL EMPLOYMENT
                                          OPPORTUNITY COMMISSION

Date:  September 27, 2018            By: /s/ Eric Yau
                                          ERIC YAU
                                          EEOC Trial Attorney