# Exhibit 1

# Snappers Bar & Grill

1778 Ala Moana Blvd, LL12
Honolulu, HI 96815
(808) 947-8057



February 14th, 2017

Re: Response to Request for Information, regarding Jessica Root v. Pacific Fun Enterprises, LLC, dba Snappers Sports Bar & Grill EEOC Charge No. 486-2015-00288

Dear Mr. Colon,

In response to your request for information, attached as reference, below please find the additional information requested.

1. Name and Address of facility:

    Pacific Fun Enterprises, LLC (dba Snappers Sports Bar and Grill)
    1778 Ala Moana Blvd, Suite LL15
    Honolulu, HI 96815

2. Organizational Structure:

    Michael J. Wenzel (Owner)- Primary Focus Sales, Marketing and Back of House Operations
       Reports: Kitchen Staff – Line Cooks, Prep Cooks, Dish Washer
    Colleen J. Wenzel (Owner) – Primary Focus Accounting, HR and Front of House Operation
       Reports: Front of House / Bar Manager
           Reports: Servers and Bartenders

3. Principle Products and Services: Sports Bar and Grill providing Alcoholic and Non Alcoholic beverages and food to customers

4. Legal Status of Organization: Limited Liability Corporation with two Member Owners

5. Respondent has no contracts with any agency of the federal government or subcontractor on a project which receives federal funding. Respondent has no knowledge of provisions of Executive Order 11246 but do not believe this is applicable.

6. Charging Parties personnel file: Mailing a copy of the file to your attention.

7. Job Description held by Charging Party: Please see attached

8. Provide a copy of Respondents EEO/antidiscrimination policies: Please see attached

9. List of all employees: Please see attached

**Snappers Bar & Grill**

1778 Ala Moana Blvd, LL12
Honolulu, HI 96815
(808) 947-8057



10. Respondent has not received any sexual harassment complaints, other than the current Jessica Root charge number 486-2015-00288.

11. Sexual harassment training: Respondent has not conducted sexual harassment training and is unaware of any requirement in Hawaii to provide this training. New employees are provided Employee Manual defining within our EEOC policy. Employees sign receipt and understand of manual and policies. In addition, State and Federal Compliance Posters are prominently displayed in Employee work areas.