IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

```
_____
U.S. EQUAL EMPLOYMENT OPPORTUNITY  )
COMMISSION,                        )
                                   )
              Plaintiff,           )
         v.                        ) Civ. No. 17-00482 ACK-RT
                                   )
PACIFIC FUN ENTERPRISES LLC d/b/a  )
SNAPPERS SPORTS BAR AND GRILL,     )
d/b/a SNAP-ETTE BEACH AND LIQUOR   )
STORE, and Does 1-5 Inclusive,     )
                                   )
              Defendants.          )
_____)
```

**ORDER ADOPTING SECOND AMENDED FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT PACIFIC FUN ENTERPRISES LLC**

Second Amended Findings and Recommendation having been filed and served on all parties on January 7, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Second Amended Findings and Recommendation To Grant Plaintiff's Motion For Default Judgment Against Defendant Pacific Fun Enterprises LLC" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai`i, January 23, 2020.



_____
Alan C. Kay
Sr. United States District Judge

U.S. Equal Employment Opportunity Commission v. Pacific Fun Enterprises LLC, et al., Civ. No. 17-00482 ACK-RT, Order Adopting Magistrate Judge's Second Amended Findings and Recommendation.